IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
OCT 0 3 2012
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | NO. 1:12-CR- 256 |
| v. : | |
| : | (JUDGE RAMBO) |
| RICKY RICARDO HAMM, a/k/a : | |
| SPARKY, : | |
| : | |
| Defendant. : | |

## INDICTMENT

### COUNT I
(Distribution and PWID Heroin - 21 U.S.C. § 841(a)(1))

**THE GRAND JURY CHARGES THAT:**

Beginning on or about March 2012, and continuing to on or about September 22, 2012, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendant,

**RICKY RICARDO HAMM, a/k/a SPARKY,**

knowingly and intentionally distributed 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(B).

A TRUE BILL

*Peter J. Smith*
PETER J. SMITH
UNITED STATES ATTORNEY

_____
Foreperson

10-3-2012
Date